RONALD A. PETERS, Bar No. 169895
BENJAMIN EMMERT, Bar No. 212157
LILANTHI RAVISHANKAR, Bar No. 243487
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686
E-Mail: rpeters@littler.com
bemmert@littler.com
lravishankar@littler.com

Attorneys for Defendants
AC SQUARE, INC. AFSHIN GHANEH,
ANDREW BAHMANYAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>AC SQUARE INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; AND DOES 1-60 INCLUSIVE;<br><br>Defendants. | Case No. C 08-03035 EDL<br><br>**CERTIFICATE OF SERVICE** |

ATTACHED hereto is the original Proof of Service, dated June 24, 2008, regarding the FILED ENDORSED NOTICE OF FILING REMOVAL WITH CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; CLERK'S NOTICE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES GUIDELINES FOR FILING; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A

///

1  UNTIED STATES MAGISTRATE JUDGE FOR TRIAL on behalf of Defendant AC SQUARE,
2  INC.
3  Dated: July 2, 2008

*[signature]*
Pauline R. Lopez, Secretary to:
RONALD A. PETERS
BENJAMIN EMMERT
LILANTHI RAVISHANKAR
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AC SQUARE INC., AFSHIN GHANEH,
AND ANDREW BAHMANYAR

Firmwide:85759576.1 047098.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

2.

CERTIFICATE OF SERVICE

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**FILED ENDORSED NOTICE OF FILING REMOVAL WITH CIVIL COVER SHEET**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S NOTICE**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES GUIDELINES FOR FILING**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| **Daniel Berko, Esq.**<br>819 Eddy Street.<br>San Francisco, CA 94109 | **Comcast**<br>**Attn: Rosemarie Pierce**<br>**Agent of Service**<br>**1500 Market Street**<br>**Philadelphia, PA 19102** |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 24, 2008, at San Jose, California.

_____
Pauline R. Lopez

Firmwide:85661242.1 047098.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

PROOF OF SERVICE