1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendants
6  AC SQUARE, INC., AFSHIN GHANEH,
   ANDREW BAHMANYAR
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated, | Case No. CV-08-3035-EDL
12 | | [CALIFORNIA ACTION NO. CIV 464144 (CONSOLIDATED BY ORDER OF COURT WITH CIV 473571]
13 | Plaintiff, |
14 | v. |
15 | AC SQUARE,INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive, | [PROPOSED] ORDER GRANTING DEFENDANT AFSHIN GHANEH'S MOTION TO DISMISS
16 | | Date:  August 19, 2008
17 | | Time:  9:30 a.m.
18 | Defendant. | Dept:  Courtroom E, 15th Floor
   | | Judge: Honorable Magistrate Judge Elizabeth D. Laporte
19

20     Defendant Afshin Ghaneh's Motion to Dismiss Plaintiff's first, second, third, fourth and fifth
21 causes of action from Plaintiff's Complaint, action number CV-08-3025-EDL came on regularly for
22 hearing before this Court on August 19, 2008. Ronald A. Peters, Esq. appeared as attorney for
23 defendant, Afshin Ghaneh. Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor.
24 After considering the moving papers, the papers submitted in opposition to the motion, the papers
25 submitted in reply to the opposition, arguments of counsel and all other matters presented to the
26 Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED. Plaintiff's first cause of
27 action for "Conspiracy to Violate Business and Professions Code § 17200" is dismissed as it fails to
28 state facts sufficient to constitute a cause of action against Afshin Ghaneh; Plaintiff's second cause

of action for "Violation of Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of action against defendant Afshin Ghaneh; Plaintiff's third cause of action for "Conspiracy to Violate the Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of action against defendant Afshin Ghaneh; Plaintiff's fourth cause of action for "Failure to Pay Monies Due at Termination of Employment" is dismissed as it fails to state facts sufficient to constitute a cause of action against defendant Afshin Ghaneh; Plaintiff's fifth cause of action for "Conspiracy to Violate [California] Labor Code Section 558" is dismissed as it fails to state facts sufficient to constitute a cause of action against defendant Afshin Ghaneh.

Dated: _____  _____

Honorable Magistrate Judge Elizabeth D. Laporte

Firmwide:85790383.1 047098.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-3035-EDL