1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendants
6  AC SQUARE, INC., AFSHIN GHANEH,
   ANDREW BAHMANYAR
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 | DANIEL KEATING-TRAYNOR on            | Case No.  CV-08-3035-EDL
   | behalf of himself and all others similarly |
12 | situated,                            | [CALIFORNIA ACTION NO. CIV 464144
   |                                      | (CONSOLIDATED BY ORDER OF
13 |           Plaintiffs,                | COURT WITH CIV 473571]
14 |    v.                                |
   |                                      | [PROPOSED] ORDER GRANTING
15 | AC SQUARE, INC.; COMCAST INC.;       | DEFENDANT AC SQUARE, INC.'S
   | AFSHIN GHANEH; ANDREW                | MOTION TO DISMISS
16 | BAHMANYAR; and DOES 1 THROUGH        |
   | 60, inclusive,                       | Date:  August 19, 2008
17 |                                      | Time:  9:30 a.m.
   |           Defendants.                | Dept:  Courtroom E, 15th Floor
18 |                                      | Judge: Honorable Magistrate Judge
   |                                      | Elizabeth D. Laporte
19

20      Defendant AC Square, Inc.'s Motion to Dismiss Plaintiff's first, second, third, fourth and

21 fifth causes of action from Plaintiff's Complaint, action number CV-08-3025-EDL came on

22 regularly for hearing before this Court on August 19, 2008. Ronald A. Peters, Esq. appeared as

23 attorney for defendant, AC Square, Inc.  Daniel Berko appeared as attorney for plaintiff, Daniel

24 Keating-Traynor. After considering the moving papers, the papers submitted in opposition to the

25 motion, the papers submitted in reply to the opposition, arguments of counsel and all other matters

26 presented to the Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED. Plaintiff's

27 first cause of action for "Conspiracy to Violate Business and Professions Code § 17200" is

28 dismissed as it fails to state facts sufficient to constitute a cause of action against AC Square, Inc.;

1  Plaintiff's second cause of action for "Violation of Fair Labor Standard Act" is dismissed as it fails
2  to state facts sufficient to constitute a cause of action against defendant AC Square, Inc.; Plaintiff's
3  third cause of action for "Conspiracy to Violate the Fair Labor Standard Act" is dismissed as it fails
4  to state facts sufficient to constitute a cause of action against defendant AC Square, Inc.; Plaintiff's
5  fourth cause of action for "Failure to Pay Monies Due at Termination of Employment" is dismissed
6  as it fails to state facts sufficient to constitute a cause of action against defendant AC Square, Inc.;
7  Plaintiff's fifth cause of action for "Conspiracy to Violate [California] Labor Code Section 558" is
8  dismissed as it fails to state facts sufficient to constitute a cause of action against defendant AC
9  Square, Inc..

10  Dated: _____                    _____

11                                           Honorable Magistrate Judge Elizabeth D. Laporte

Firmwide:85790458.1 047098.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

2.

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-3035-EDL