IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,
    Plaintiff,

v.

AC SQUARE, INC., COMCAST, INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; AND DOES 1-60 INCLUSIVE,
    Defendant.

No. CV 08-3035 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July     , 2008

Signature
Ronald A. Peters
AC SQUARE, INC.;
AFSHIN GHANEH;
ANDREW
Counsel for BAHMANYAR
(Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com