```
 1  RONALD A. PETERS, Bar No. 169895
    BENJAMIN A. EMMERT, Bar No. 212157
 2  LITTLER MENDELSON
    A Professional Corporation
 3  50 West San Fernando Street
    15th Floor
 4  San Jose, CA  95113.2303
    Telephone:   408.998.4150
 5
    Attorneys for Defendants
 6  AC SQUARE, INC., AFSHIN GHANEH,
    ANDREW BAHMANYAR
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>AC SQUARE, INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive, <br><br>Defendants. | Case No.  CV-08-3035-MHP <br><br>[CALIFORNIA ACTION NO. CIV 464144 (CONSOLIDATED BY ORDER OF COURT WITH CIV 473571] <br><br>[PROPOSED] ORDER GRANTING DEFENDANTS AC SQUARE, INC., AFSHIN GHANEH AND ANDREW BAHMANYAR'S MOTION TO DISMISS <br><br>Date:  September 8, 2008 <br>Time:  2:00 p.m. <br>Dept:  Courtroom 15 <br>Judge: Honorable Marilyn H. Patel |
|---|---|

Defendants AC Square, Inc., Afshin Ghaneh and Andrew Bahmanyar's (hereafter collectively referred to as "Defendants") Motion to Dismiss Plaintiff's first, second, third, fourth and fifth causes of action from Plaintiff's Complaint, action number CV-08-3025-MHP came on regularly for hearing before this Court on September 8, 2008. Ronald A. Peters, Esq. appeared as attorney for Defendants AC Square, Inc., Afshin Ghaneh and Andrew Bahmanyar. Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor. After considering the moving papers, the papers submitted in opposition to the motion, the papers submitted in reply to the opposition, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED. Plaintiff's first cause of action for "Conspiracy to Violate

1  Business and Professions Code § 17200" is dismissed as it fails to state facts sufficient to constitute
2  a cause of action against Defendants; Plaintiff's second cause of action for "Violation of Fair Labor
3  Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of action against
4  Defendants; Plaintiff's third cause of action for "Conspiracy to Violate the Fair Labor Standard Act"
5  is dismissed as it fails to state facts sufficient to constitute a cause of action against Defendants;
6  Plaintiff's fourth cause of action for "Failure to Pay Monies Due at Termination of Employment" is
7  dismissed as it fails to state facts sufficient to constitute a cause of action against Defendants;
8  Plaintiff's fifth cause of action for "Conspiracy to Violate [California] Labor Code Section 558" is
9  dismissed as it fails to state facts sufficient to constitute a cause of action against Defendants.
10 Dated: _____

_____
JUDGE MARILYN H. PATEL

FIRMWIDE:85996435.1 047098.1008     2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-3035-MHP