MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@MorganLewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, SBN 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@MorganLewis.com

Attorneys for Defendant
COMCAST INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AC SQUARE INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1-60 inclusive,<br><br>Defendants. | Case No. CV-08-3035-MHP<br><br>**DEFENDANT COMCAST INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**FRCP RULE 12(B)(6)**<br><br>Date:       September 15, 2008<br>Time:       2:00 p.m.<br>Courtroom: 15<br>Judge: Honorable Marilyn H. Patel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Comcast Inc. (hereinafter "Comcast"

or "Defendant") will and hereby moves this Court to dismiss Plaintiff Daniel Keating-Traynor's ("Plaintiff") Complaint against Comcast, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff's First Claim for Conspiracy to Violate Business and Professions Code Section 17200 fails to state a claim upon which relief can be granted because Plaintiff did not, and cannot, state a claim showing the formation and operation of a conspiracy. Plaintiff's Second Claim for Violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (hereinafter "FLSA") and Third Claim for Conspiracy to Violate the FLSA both fail to state a claim upon which relief can be granted because his claims are barred by the maximum three-year statute of limitations. In addition, Plaintiff's Fourth Claim for Failure to Pay Monies at Termination and Fifth Claim for Conspiracy to Violate Labor Code Section 558 are also time-barred. Leave to amend would be futile because the allegations in Plaintiff's Complaint conclusively demonstrate that Plaintiff would not be able to state viable claims under these theories.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, and the pleadings and papers previously filed

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY
ANN MARIE REDING

Dated: August 6, 2008        By    /s/ Ann Marie Reding
                                    Daryl S. Landy
                                    Ann Marie Reding
                                    Attorneys for Defendant
                                    COMCAST INC.