MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@MorganLewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, SBN 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@MorganLewis.com

Attorneys for Defendant
COMCAST INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AC SQUARE INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1-60 inclusive,<br><br>Defendants. | Case No. CV-08-3035-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COMCAST INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         September 15, 2008<br>Time:         2:00 p.m.<br>Courtroom: 15<br>Judge:        Honorable Marilyn H. Patel |

WHEREFORE, on September 15, 2008, the Motion to Dismiss Plaintiff Daniel Keating-Traynor's ("Plaintiff") Complaint filed by Defendant Comcast Inc. ("Defendant") came on for regularly scheduled hearing in Courtroom Fifteen, the Honorable Judge Marilyn H. Patel presiding. Daryl Landy of Morgan, Lewis & Bockius LLP appeared for Defendant and Daniel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20782568.2                              1                    Case No. CV-08-3035-MHP
                                                                 [PROPOSED]ORDER GRANTING
                                                                 COMCAST'S MOTION TO DISMISS

Berko appeared for Plaintiff. Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, it is hereby **ORDERED AND ADJUDGED THAT:**

Defendant's Motion is **GRANTED**.

Plaintiff's First Claim is dismissed, without leave to amend, because Plaintiff did not, and cannot, state a claim showing the formation and operation of a conspiracy to which Comcast was a party. Absent any duty owed by Comcast, no conspiracy claim can be made. *Litton v. Saudi Arabia Ltd.*, 7 Cal. 4th 503, 520 (1994).

Plaintiff's Second Claim for Violation of the Fair Labor Standards Act, 29 U.S.C. section 201, *et seq.* ("FLSA") is dismissed, without leave to amend, because it is time-barred by the FLSA's maximum three-year statute of limitations. 29 U.S.C. § 255.

Plaintiff's Third Claim is also dismissed, without leave to amend, because it is time-barred by the maximum three-year statute of limitations. *Harrell v. 20th Century Ins. Co.*, 934 F.2d 203, 208 (9th Cir. 1991) (holding applicable statute of limitations for a civil conspiracy claim is statute of limitations for underlying claim); *Risk v. Kingdom of Norway*, 707 F. Supp. 1159, 1170, n. 13 (N.D. Cal. 1989) (same).

In addition, Plaintiff's Fourth Claim is dismissed, without leave to amend, because it is time-barred by the three-year statute of limitations for an action for payment of wages due under California Labor Code section 201. Cal. Code Civ. Proc. § 338(a); *Montecino v. Spherion Corp.*, 427 F. Supp. 2d 965, 967 (C.D. Cal. 2006); *Medrano v. D'Arrigo Bros. Co.*, 125 F. Supp. 2d 1163, 1170 (N.D. Cal. 2000.

Plaintiff's Fifth Claim is dismissed, without leave to amend, because it is time-barred by the applicable a one-year statute of limitations for penalties. Cal. Code Civ. Proc. §340(a).

Accordingly, Plaintiff's Complaint against Comcast is dismissed, in its entirety, without leave to amend.

**IT IS SO ORDERED.**

Dated: _____  By: _____
United States District Court Judge

DB2/20782568.2