1

## CONSENT OF PLAINTIFF DANIEL KEATING-TRAYNOR

2

3          I, DANIEL KEATING-TRAYNOR, hereby consent to be an individual plaintiff and

4    class plaintiff in the actions currently pending before the United States District Court for the

5    Northern District of California, Case Nos.  3:08-cv-02907-MHP and 3:08-cv-03035-MHP.

6          I specifically consent to all causes of action in the original federal complaint (08-cv-

7    02907), the consolidated removed complaints, and all amended complaints brought by my

8    attorney on my individual behalf and on behalf of the class members.

9

10   DATED: August 12, 2008          _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28