**United States District Court**
**For the Northern District of California**

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DANIEL KEATING-TRAYNOR,               No. C 08-02907 MHP
                                                                  C 08-03035 MHP
       Plaintiff(s),
                                                              **CLERK'S NOTICE**
  v.                                                      **(Rescheduling Motion Hearings)**

AC SQUARE et al,

       Defendant(s).

*And related action(s) as listed.*
                                            /

      The parties are notified that the hearings of the motion(s) in this matter currently on calendar for August 25, 2008 and September 8, 2008, are hereby RESCHEDULED to **September 15, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 15, 2008                                    Anthony Bowser, Deputy Clerk to the
                                                                                Honorable Marilyn Hall Patel
                                                                                          (415) 522-3140