1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5
   Attorneys for Defendants
6  AC SQUARE, INC., AFSHIN GHANEH,
   ANDREW BAHMANYAR
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated, | Case Nos.: 08-cv-2907 MHP; 08-cv-3035 MHP |
| 13              Plaintiff, | **[CALIFORNIA ACTION NO. CIV 464144 (CONSOLIDATED BY ORDER OF COURT WITH CIV 473571]** |
| 14         v. | |
| 15  AC SQUARE, INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive, | **STIPULATION TO DISMISS FEDERAL COURT ACTION CASE NO. 08-CV-2907 AND EXTEND TIME TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT IN CASE NO. 08-CV-3035** |
| 17              Defendant. | |

19       The parties, by and through their respective counsel, hereby stipulate and agree as follows:

20       1.    On June 11, 2008, Plaintiff filed an action in Federal Court, Case No. 08-CV-

21  2907, containing two causes of action under the Fair Labor Standards Act.

22       2.    On August 11, 2008, Plaintiff filed an Amended Consolidated Complaint in

23  Federal Court, Case No. 08-CV-3035, containing 11 causes of action, including the two causes of

24  action under the Fair Labor Standards Act in the previously filed action in Federal Court, Case No.

25  08-CV-2907.

26       3.    Because the Amended Consolidated Complaint encompasses all of the causes

27  of action in the earlier filed action, Case No. 08-CV-2907, Plaintiff hereby agrees and stipulates to

28  dismiss the complaint in Case No. 08-CV-2907 with prejudice, based on stipulation of the parties,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. The parties stipulate that this dismissal of Case No. 08-CV-2907 shall have no effect on Plaintiff's right to pursue his claims, individually or as a putative class representative in any of the three actions already filed, including whether any of them remain in federal court or not and/or are or remain consolidated or not.

5. Pursuant to Local Rule 6-1(a), the parties hereby agree that Defendants' time to file responsive pleadings to Plaintiff's Amended Consolidated Complaint shall be extended until ten (10) days after the first case management conference to be held on September 15, 2008, or September 25, 2008.

6. All pending motions to dismiss will be heard on September 15, 2008, as set forth in the Court's August 15, 2008 Order.

Dated: August 21, 2008

/s/
RONALD A. PETERS
BENJAMIN EMMERT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AC SQUARE, INC., AFSHIN GHANEH,
ANDREW BAHMANYAR

Dated: August 21, 2008

/s/
DARYL S. LANDY
ANN MARIE REDING
MORGAN, LEWIS & BOCKIUS, LLP
Attorneys for Defendant COMCAST

2.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO DISMISS CASE NO. 08-CV-2907 MHP AND EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT IN CASE NO. 08-CV-3035 MHP

Dated: August 21, 2008

                                /s/
DANIEL BERKO
LAW OFFICE OF DANIEL BERKO
Attorneys for Plaintiffs, DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated

Firmwide:86277379.1 047098.1008
\\SJODC\HOME$\bemmert\My Documents\Stipulation to Dismiss Action.doc

3.

STIPULATION TO DISMISS CASE NO. 08-CV-2907 MHP AND EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT IN CASE NO. 08-CV-3035 MHP

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150